IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:22-CR-00179-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JOSE LUIS MAGANA JR., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion to Dismiss, (Doc. No. 28), the Indictment, (Doc. No. 1), without prejudice, following Jose Luis Magana Jr.'s guilty plea to the Bill of Information filed in Case No. 3:23-cr-00077-KDB. The Court **GRANTS** the United States' Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice.

Signed: April 19, 2023

Kenneth D. Bell
United States District Judge